No. 99–7892. FROGGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7907. BEKEDEREMO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7913. VILD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7915. MOREL ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7917. TUGWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7922. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7924. CAMARENA-PERALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7945. PUTNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–596. GEORGE MASON UNIVERSITY v. LITMAN ET AL. C. A. 4th Cir. Motions of Pacific Legal Foundation and Center for Original Intent of the Constitution for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–669. AMERICAN TELEPHONE & TELEGRAPH CO. v. SECURITY WATCH, INC., ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1032. ABBOTT LABORATORIES v. MYLAN PHARMACEUTICALS, INC. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–786. HJB, INC., ET AL. v. AMERISOURCE CORP. ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 99–902. FLORIDA v. ALMEIDA. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.